■ JOANNE C. JOHNSON, Appellant, v MESCH ENGINEERING, P. C., et al., Defendants, and PENNZOIL COMPANY et al., Respondents. (Appeal No. 2.) [624 NYS2d 996] —Order unanimously affirmed without costs. Same Memorandum as *Johnson v Mesch Eng'g* (212 AD2d 970 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Pro Hac Vice Admission.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ JASON COLEMAN, Appellant, v METTLER-TOLEDO, INC., Respondent, et al., Defendants. METTLER-TOLEDO, INC., Third-Party Plaintiff, v PENN ASSOCIATES, LTD., Third-Party Defendant-Respondent. (Appeal No. 1.) [624 NYS2d 989] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion by denying plaintiff a continuance to respond to the motion for summary judgment of defendant Mettler-Toledo, Inc. Plaintiff failed to demonstrate good cause for a continuance *(see, Henderson v Stilwell,* 116 AD2d 861, 862, *lv denied* 68 NY2d 606; *Wallin v Wallin,* 34 AD2d 870; *Hubbell Elec. v State of New York,* 153 Misc 2d 810, 813-814). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ JASON COLEMAN, Appellant, v METTLER-TOLEDO, INC., Defendant, and JOAN PENIZOTTO et al., Respondents. METTLER-TOLEDO, INC., Third-Party Plaintiff, v PENN ASSOCIATES, LTD., Third-Party Defendant-Respondent. (Appeal No. 2.) [624 NYS2d 990] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.